JANUARY 9, 1946

No. 50815.— ▇▇▇▇▇▇▇▇▇▇ —Protest 100809–K of Western Hardwood Lumber Co. Abstract 50768. Plaintiff's application for rehearing granted.

BEFORE THE SECOND DIVISION, JANUARY 16, 1946

No. 50816.—Protests 20322–K, etc., of Haddad & Son et al. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the protests were sustained as claimed.

BEFORE THE THIRD DIVISION, JANUARY 16, 1946

No. 50817.—Protests 13242–K, etc., of Foster Canning Co. (Charleston).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304). In accordance therewith the protests were sustained as claimed.